# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2017

156684 & (31)(32)(33)(34)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

JP MORGAN CHASE BANK, N.A.,
      Plaintiff-Appellee,

v

BARBARA ELLIS,
      Defendant-Appellant.

SC: 156684
COA: 340143
Monroe CC: 16-139296-AV

_____/

On order of the Court, the motions for immediate consideration and for miscellaneous relief are GRANTED. The application for leave to appeal the October 5, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for stay and to expand the record are DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2017



p1107

Clerk